## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| REX S. GUNTHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:25-CV-1600 SPM |
| | ) |
| CLYDE LINDSEY, | ) |
| | ) |
| Defendant. | ) |

## OPINION, MEMORANDUM AND ORDER

Before the Court is Plaintiff Rex Gunther's Motion to Reopen this action. [ECF No. 6]. Gunther commenced this action on October 27, 2025, against defendant Clyde Lindsey, Dining Room Supervisor, asserting violations of his civil rights at Southeast Missouri Mental Health Center (SEMHC). Plaintiff generally asserts that Lindsey is responsible for denying him an ice cream sandwich on the Labor Day Holiday and instead providing him with a cup of vanilla ice cream.

This case was dismissed on December 15, 2025, due to Plaintiff's failure to file an Amended Complaint on a Court-form within a timely manner. [ECF No. 4]; *see also* Fed. R. Civ. P.41(b). In support of his Motion to Reopen, Plaintiff asserts that he did not receive a copy of the Prisoner Civil Rights Complaint form that was supposed to be provided to him as an addendum to the Court's November 13, 2025 Memorandum and Order. Plaintiff also complains that staff at SEMHC keep his Court documents in a locked storage room. Plaintiff states that if he wishes to see his Court documents, he needs to request access, but his requests can take an undisclosed amount of time to be answered by staff. Last, Plaintiff asserts that he is unable to remember

every claim and argument he has made in his 18 open Court cases, so he must have access to his Court documents to make arguments in his cases.

The Court is mindful that Plaintiff is a civil detainee, and that he is therefore subject to the rules and restrictions of being held at a Missouri State facility like SEMHC. Nonetheless, Plaintiff is also responsible for adhering to Court rules and deadlines, and he cannot overburden himself and the facility he is being kept at by filing so many cases in this Court that he cannot do so.

Because Plaintiff indicates that he did not receive a copy of the Court-form on which he was supposed to amend his pleading, the Court will reopen the present action. The Clerk shall provide Plaintiff with a new Prisoner Civil Rights Complaint form. Plaintiff will be expected to amend his complaint in a timely manner, or his case will be dismissed, without prejudice.

### Instructions for Amending the Complaint

Plaintiff shall amend his Complaint using the Court's "Prisoner Civil Rights Complaint" form. In the "Caption" section of the Court-provided form, Plaintiff should clearly name each party he is intending to sue. *See* Fed. R. Civ. P. 10(a) ("The title of the complaint must name all the parties"). Plaintiff should fill out the Complaint form in its entirety and ensure that it is signed.

In the "Statement of Claim" section, Plaintiff should begin by writing a defendant's name. Then, in separate numbered paragraphs under that name, Plaintiff should: (1) set forth a short and plain statement of the factual allegations supporting his claim against that defendant; and (2) state what constitutional or federal statutory right(s) that defendant violated. Each averment must be simple, concise, and direct. *See* Fed. R. Civ. P. 8(a). If Plaintiff is suing more

2

than one defendant, he should proceed in the same manner with each defendant. No introductory or conclusory paragraphs are necessary.

Plaintiff's failure to make specific factual allegations against any defendant will result in the dismissal of that defendant. Plaintiff must specify whether he intends to sue each defendant in an official capacity, an individual capacity, or both. If Plaintiff is suing a defendant in their individual capacity, he must allege facts demonstrating that defendant's personal responsibility for the alleged harm. *See Madewell v. Roberts*, 909 F.2d 1203, 1208 (8th Cir. 1990) (stating that § 1983 liability "requires a causal link to, and direct responsibility for, the deprivation of rights"). If Plaintiff is suing multiple defendants, he must establish the responsibility of each defendant for the alleged harm. That is, for each defendant, Plaintiff must allege facts showing how that defendant's acts or omissions violated his constitutional rights. *See Topchian v. JPMorgan Chase Bank, N.A.,* 760 F.3d 843, 848 (8th Cir. 2014). Conclusory allegations about a defendant's supervisory role will not suffice. *See Keeper v. King*, 130 F.3d 1309, 1314 (8th Cir. 1997) ("[A] general responsibility for supervising the operations of a prison is insufficient to establish the personal involvement required to support liability.")

Plaintiff must fill out the Complaint form completely, including the "Injuries" section. There is no constitutional violation where an inmate cannot show he suffered an injury or adverse health consequence. *See Seltzer-Bey v. Delo*, 66 F.3d 961, 964 (8th Cir. 1995).

Plaintiff is warned that the filing of an Amended Complaint completely replaces any previous Complaint filed in this matter. This means that claims that are not re-alleged in the Amended Complaint will be deemed abandoned. *See In re Wireless Tel. Fed. Cost Recovery Fees Litig.,* 396 F.3d 922, 928 (8th Cir. 2005) ("It is well-established that an amended complaint supersedes an original complaint and renders the original complaint without legal effect"). The

3

Court will not consider any claims that are not included in the Amended Complaint, even if they were asserted in Plaintiff's earlier letters to the Court.

If Plaintiff does not file an Amended Complaint on the Court-provided form within twenty-one (21) days per the instructions set forth above, the Court will dismiss this action without prejudice and without further notice to Plaintiff.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Reopen [ECF No. 6] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall provide Plaintiff a copy of the Prisoner Civil Rights Complaint form.

**IT IS FURTHER ORDERED** that within 21 days of the date of this Memorandum and Order, Plaintiff must file an Amended Complaint on a Court-provided form and in compliance with this Court's instructions.

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 28th day of January, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE